UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED and BAUSCH + LOMB IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 23-790 (MEF) (JRA)<br>(CONSOLIDATED)<br><br>[~~PROPOSED~~]<br>STIPULATION AND ORDER |

This stipulation is made by and between Plaintiffs Bausch & Lomb Incorporated and Bausch + Lomb Ireland Limited (collectively, "Plaintiffs") and Defendant Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Defendants").

WHEREAS, David Fisher was deposed in this action on July 10, 2024;

WHEREAS, Mohannad Shawer was deposed in this action on November 15, 2024;

WHEREAS, David Mark was deposed in this action on December 12, 2024;

WHEREAS, Eric Donnenfeld was deposed in this action on December 16, 2024;

WHEREAS, this action proceeded to trial on January 13-16, 2025;

WHEREAS, during trial, the parties played deposition designations of the testimony of David Fisher, Mohannad Shawer, David Mark, and Eric Donnenfeld by video;

WHEREAS, the parties have agreed to enter transcripts of the deposition testimony that was played at trial into evidence as exhibits.

NOW THEREFORE, the parties, by and through their respective undersigned counsel and subject to the approval of the Court, stipulate and agree as follows:

1

1. The transcript of the designations of the deposition testimony of David Fisher that was played at trial is entered into evidence as JTX-9, a copy of which is attached hereto.

2. The transcript of the designations of the deposition testimony of Mohannad Shawer that was played at trial is entered into evidence as JTX-10, a copy of which is attached hereto.

3. The transcript of the designations of the deposition testimony of David Mark that was played at trial is entered into evidence as JTX-11, a copy of which is attached hereto.

4. The transcript of the designations of the deposition testimony of Eric Donnenfeld that was played at trial is entered into evidence as JTX-12, a copy of which is attached hereto.

IT IS SO ORDERED this 24th day of Feby, 2025.

_____
Hon. Michael E. Farbiarz, U.S.D.J.

STIPULATED AND AGREED TO this 26th day of February 2025 by:

s/ William P. Deni, Jr.
William P. Deni, Jr.
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

OF COUNSEL:

Thomas P. Steindler (*pro hac vice*)
April E. Weisbruch (*pro hac vice*)
Christopher M. Bruno (*pro hac vice*)

s/ James S. Richter
James S. Richter
**MIDLIGE RICHTER, LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlidge-richter.com

OF COUNSEL:

Kurt A. Mathas (*pro hac vice*)
Annie Steiner (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601

**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street N.W.
Washington, D.C. 20001
(202) 756-8000

*Attorneys for Plaintiffs*
*Bausch & Lomb Incorporated and*
*Bausch + Lomb Ireland Limited*

(312) 558-5600

Claire Fundakowski (*pro hac vice*)
Sharon Lin (*pro hac vice*)
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc*

3